UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DAVID ENTO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCITA VOCATIONAL INSTITUTE et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01293 JLT (PC)<br><br>ORDER TRANSFERRING CASE TO THE DISTRICT OF NEBRASKA |

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, none of the defendants reside in this district. The claim arose in the State of Nebraska. Therefore, plaintiff's claim should have been filed in the United States District Court for the District of Nebraska. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire,

512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, the Court **ORDERS** that this matter be transferred to the United States District Court for the District of Nebraska.

IT IS SO ORDERED.

    Dated: __**September 17, 2019**__            __**/s/ Jennifer L. Thurston**__
                                                                 UNITED STATES MAGISTRATE JUDGE